■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACOB BURDIC, Appellant. [836 NYS2d 466]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered January 5, 2006. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.